UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-60070
_____

CONTINENTAL GENERAL INSURANCE COMPANY,

                                                    Plaintiff,

MARY ANN ADAMS,

                                          Defendant-Appellant,

                            versus

WOOLF ESTATE, Estate of Mary Ann Woolf,

                                          Defendant-Appellee,

ANDREA JUPE FRANKLIN,

                              Intervenor Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
Civil Docket #4:98-CV-94-LN
_____

November 9, 2000

Before GOODWIN[*], GARWOOD, and JONES, Circuit Judges.

PER CURIAM:[*]

_____

[*]Circuit Judge of the Ninth Circuit, sitting by designation.

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

After hearing oral argument in this case and studying the briefs and pertinent portions of the record, we are persuaded that the district court's thorough and painstaking opinion contains neither clear factual error nor any error of law. The judgment is AFFIRMED essentially for the reasons stated by the district court.